UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY BLIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 15-cv-03031-EMC<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

Plaintiff Harvey Blight has appealed this Court's dismissal of his case. The Ninth Circuit has asked this Court to decide whether Mr. Blight's in forma pauperis status should continue for purposes of appeal. Under Federal Rule of Appellate Procedure 24(a)(3), a district court may revoke a party's in forma pauperis status if it finds that the appeal is not taken in good faith. *See also* 28 U.S.C. § 1915(a)(3) (providing that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith"). The Ninth Circuit has construed "not taken in good faith" to mean frivolous. *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir.2002) (stating that "[i]f at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole").

Here, the Court finds Mr. Blight's appeal frivolous. As explained in the Court's previous orders, Mr. Blight's multiple complaints have been confusing and difficult to understand. Based on what the Court was able to discern, his case suffered from multiple deficiencies, including a *Rooker-Feldman* problem and legal defenses based on immunity from suit. Despite opportunities to amend his complaint to remedy these problems, Mr. Blight failed to do so.

1  **Pursuant to Federal Rule of Appellate Procedure 24(a)(4), the Clerk of the Court is**
2  **instructed to immediately notify the Ninth Circuit that this Court has certified in writing**
3  **that the appeal is not taken in good faith.** *See* Fed. R.App. P. 24(a)(4).

5  **IT IS SO ORDERED**.

7  Dated: November 16, 2015

_____
EDWARD M. CHEN
United States District Judge